MEANSNO, IFP

# U.S. Bankruptcy Court
# Eastern District of Wisconsin (Milwaukee)
# Bankruptcy Petition #: 11-35778-pp
### Internal Use Only

*Date filed:* 10/18/2011

*Assigned to:* Pamela Pepper
Chapter 7
Voluntary
No asset

| | |
|---|---|
| *Debtor* | represented by **Mark L. Metz** |
| **Richard J Marek** | Leverson & Metz, S.C. |
| 3411 S. Chicago Ave | 225 E. Mason St. |
| Apt. #42 | Suite 100 |
| South Milwaukee, WI 53172 | Milwaukee, WI 53202 |
| SSN / ITIN: 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 | 414-271-8502 |
| | Fax : 414-271-8504 |
| | Email: mlm@levmetz.com |
| | |
| *Trustee* | |
| **Steven R. McDonald** | |
| 759 North Milwaukee Street | |
| Suite 200 | |
| Milwaukee, WI 53202 | |
| (414) 226-2200 | |
| | |
| *U.S. Trustee* | represented by **Debra L. Schneider** |
| **Office of the U. S. Trustee** | United States Trustee |
| 517 East Wisconsin Ave. | 517 East Wisconsin Avenue |
| Room 430 | Room 430 |
| Milwaukee, WI 53202 | Milwaukee, WI 53202 |
| 414-297-4499 | 414-297-4499 |
| | Email: debra.schneider@usdoj.gov |

| Filing Date | # | Docket Text |
|---|---|---|
| 10/18/2011 | 1<br>pgs: 37 | Chapter 7 Voluntary Petition filed by Richard J Marek (jbk, Deputy Clerk) (Entered: 10/18/2011) |

| | | |
|---|---|---|
| 10/18/2011 | [2](#) pgs: 2 | Meeting of Creditors to be held on 11/28/2011 at 10:30 AM in Milwaukee, U.S. Courthouse, Room 428. Last day to oppose discharge or dischargeability is 01/27/2012. (jbk, Deputy Clerk) (Entered: 10/18/2011) |
| 10/18/2011 | doc pgs: 1 | Form 21, Statement of Social Security Number. (jbk, Deputy Clerk) (Entered: 10/18/2011) |
| 10/18/2011 | [3](#) pgs: 1 | Certificate of Credit Counseling filed by Richard J Marek . (jbk, Deputy Clerk) (Entered: 10/18/2011) |
| 10/18/2011 | [4](#) pgs: 3 | Application to Proceed in forma pauperis filed by Debtor Richard J Marek . (jbk, Deputy Clerk) (Entered: 10/18/2011) |
| 10/20/2011 | | Deficiency Deadlines Updated Section 521i due 12/5/2011. Schedule F due 11/3/2011. Schedule H due 11/3/2011. Schedule I due 11/3/2011. Statement of Financial Affairs due 11/3/2011. Summary of Schedules due 11/3/2011. Statistical Summary of Certain Liabilities and Related Data due 11/3/2011. Incomplete Filings due by 11/3/2011. (jbk, Deputy Clerk) (Entered: 10/20/2011) |
| 10/20/2011 | [5](#) pgs: 4 | BNC Certificate of Mailing - Meeting of Creditors. (RE: [2](#) Meeting of Creditors (Chapter 7)) Service Date 10/20/2011. (Admin.) (Entered: 10/21/2011) |
| 10/21/2011 | [6](#) pgs: 1 | Order for Proposed Deficiency. (McGarity, Margaret) (Entered: 10/21/2011) |
| 10/23/2011 | [7](#) pgs: 2 | BNC Certificate of Mailing - PDF Document. (RE: [6](#) Order for Proposed Deficiency) Service Date 10/23/2011. (Admin.) (Entered: 10/23/2011) |
| 11/23/2011 | [8](#) pgs: 4 | Motion for Determination of Reasonable Value of Services *and Assessment of Penalties Under 11 U.S.C. § 110* filed by Debra L. Schneider of United States Trustee on behalf of U.S. Trustee Office of the U. S. Trustee. (Schneider, Debra) (Entered: 11/23/2011) |
| 11/23/2011 | [9](#) pgs: 1 | Certificate of Service filed by Debra L. Schneider on behalf of Office of the U. S. Trustee. (RE: [8](#) Motion for Determination of Reasonable Value of Services *and Assessment of Penalties Under 11 U.S.C. § 110*). (Schneider, Debra) (Entered: 11/23/2011) |
| 11/28/2011 | [10](#) pgs: 21 | Summary of Schedules, Statistical Summary of Certain Liabilities and Related Data, Schedule F , Schedule H , Schedule I , Statement of Financial Affairs filed by Richard J Marek . (sko, Deputy Clerk) (Entered: 11/28/2011) |
| | | (private) Deadlines terminated: Schedule F, Schedule H, Section 521i, Schedule I, Statement of Financial Affairs, Incomplete Filings, , Statistical Summary of |

| | | |
|---|---|---|
| 11/28/2011 | | Certain Liabilities and Related Data (sko, Deputy Clerk) (Entered: 11/28/2011) |
| 11/29/2011 | ● | Chapter 7 Trustee's Report of No Distribution: having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): $ 0.00, Assets Exempt: Not Available, Claims Scheduled: $ 0.00, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 0.00. (McDonald, Steven) (McDonald, Steven) (Entered: 11/29/2011) |
| 12/01/2011 | ●[11](#) pgs: 1 | Notice of Hearing (RE: [4](#) Application to Proceed in forma pauperis). Hearing to be held on 12/21/2011 at 09:30 AM United States Courthouse at 517 East Wisconsin Avenue, Room 149, Milwaukee, Wisconsin for [4](#), (pwm, Judicial Assistant) (Entered: 12/01/2011) |
| 12/03/2011 | ●[12](#) pgs: 2 | BNC Certificate of Mailing - PDF Document. (RE: [11](#) Notice of Hearing) Notice Date 12/03/2011. (Admin.) (Entered: 12/08/2011) |
| 12/08/2011 | ●[13](#) pgs: 3 | Notice of Hearing *and Certificate of Service* U.S. Trustee Office of the U. S. Trustee (RE: [8](#) Motion for Determination of Reasonable Value of Services *and Assessment of Penalties Under 11 U.S.C. § 110*). Hearing to be held on 1/5/2012 at 02:30 PM United States Courthouse at 517 East Wisconsin Avenue, Room 149, Milwaukee, Wisconsin for [8](#), <span style="color:red">Views on the motion must be filed with the court no less than one day before January 5, 2012</span> (Schneider, Debra) (Entered: 12/08/2011) |
| 12/22/2011 | ●[14](#) pgs: 1 | Court Minutes and Order signed on 12/22/11 Granting Application To Proceed in forma pauperis (Related Doc # [4](#))(sko, Deputy Clerk) (Entered: 12/22/2011) |
| 12/24/2011 | ●[15](#) pgs: 3 | BNC Certificate of Mailing - PDF Document. (RE: [14](#) Order on Application to Proceed in forma pauperis) Notice Date 12/24/2011. (Admin.) (Entered: 12/25/2011) |
| 12/28/2011 | ●[16](#) pgs: 2 | Notice to debtor(s) regarding the Requirement to File a Certification of Completion of Course Concerning Personal Financial Management. (adkt) (Entered: 12/28/2011) |

| | | |
|---|---|---|
| 12/28/2011 | [17](#) pgs: 1 | Financial Management Course Certificate filed by Mark L. Metz on behalf of Richard J Marek. (Metz, Mark) (Entered: 12/28/2011) |
| 12/30/2011 | [18](#) pgs: 4 | BNC Certificate of Mailing. (RE: [16](#) Notice to debtor(s) regarding the requirement to file form 23.) Notice Date 12/30/2011. (Admin.) (Entered: 12/31/2011) |
| 01/05/2012 | [19](#) pgs: 12 | Amended Schedule E, Schedule F, *and Declaration Concerning Debtor's Schedules* Fee Amount $30 filed by Mark L. Metz on behalf of Richard J Marek. Fee Amount: $30. (Metz, Mark) (Entered: 01/05/2012) |
| 01/05/2012 | | Receipt of Amended Schedules (Fee Required)(11-35778-pp) [misc,amdsch] ( 30.00) Filing Fee. Receipt number 6901469. Fee amount 30.00. (U.S. Treasury) (Entered: 01/05/2012) |
| 01/06/2012 | [20](#) pgs: 1 | Court Minutes from the hearing held January 5, 2012 (RE: [8](#) Motion for Determination of Reasonable Value of Services filed by U.S. Trustee.) (kgw, Courtroom Deputy) (Entered: 01/06/2012) |
| 01/06/2012 | [21](#) pgs: 11 | Exhibit List and Exhibits 1 through 4 from the hearing held January 5, 2012 (RE: [8](#) Motion for Determination of Reasonable Value of Services *and Assessment of Penalties Under 11 U.S.C. § 110*). (kgw, Courtroom Deputy) (Entered: 01/06/2012) |
| 01/10/2012 | [22](#) pgs: 7 | Order Regarding . (Pepper, Pamela) (RE: [8](#) Motion for Determination of Reasonable Value of Services *and Assessment of Penalties Under 11 U.S.C. § 110*). (Pepper, Pamela) (Entered: 01/10/2012) |